Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ORA L. GRAY, Widow, Respondent, for Compensation for Herself for the Death of ROBERT J. GRAY, under the Workmen's Compensation Law, v. SEMET-SOLVAY COMPANY, Employer and Self-Insurer, Appellant.— Award affirmed. All concur, except Kiley, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALLAN WRIGHT, Respondent, for Compensation under the Workmen's Compensation Law, v. L. E. HARROWER, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINNE RADCLIFFE and Others, Appellants.— Judgment of conviction reversed, and new trial granted, on the ground of errors in the charge on the question of reasonable doubt. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD M. WILLI, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MALFITANO. R. D. WOOLSEY, Appellant; ANTONIO G. WALDO, Respondent.—Appeal dismissed on the ground that no appeal has been taken which presents a question for determination by this court.

ELIZA J. PELLS, Respondent, v. CARL KATZENSTEIN, Appellant.— Judgment and order unanimously affirmed, with costs.

JOHN T. SHAW, Respondent, v. GEORGE GILBERT, Appellant.— Judgment unanimously affirmed, with costs.

SAMUEL SIMON, Appellant, v. JAMES O'DONOHUE, Respondent.— Judgment and order unanimously affirmed, with costs.

BARTHOLOMEW W. SCHERMERHORN, Respondent, v. SCHENECTADY TRUST COMPANY, as Executor and Trustee of and under the Last Will and Testament of E. NOTT SCHERMERHORN, Deceased, and Others, Appellants, Impleaded with BARTHOLOMEW W. SCHERMERHORN, as Trustee, etc., and AMELIA C. SCHERMERHORN, Appellants.— Interlocutory judgment unanimously affirmed, with costs, with leave to the appellants to serve an answer within twenty days on payment of such costs and of the costs contained in said interlocutory judgment.

JOHN STOUT, Respondent, v. C. HILTEBRANT DRY DOCK COMPANY, INC., Appellant.— Order unanimously affirmed, with costs.

JOSEPH I. STAHL, as Receiver of the Property of ISRAEL B. LEHRICH, Judgment Debtor, Respondent, v. ISRAEL B. LEHRICH and Others, Appellants.— Motion to dismiss appeal denied, without costs.

ROSE BERNSTEIN, as Sole Surviving Partner of the Firm of BERNSTEIN & KAPLAN, Respondent, v. WILLIAM A. JAMISON, Appellant, Impleaded with CATHERINE A. JAMISON and Others.— Judgment unanimously affirmed, with costs.

WILLIAM D. COMBS, Respondent, v. ALICE COMBS, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.